**Order entered May 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00696-CV

### IN THE INTEREST OF I.L.S., A CHILD

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-09-7655**

## ORDER

We **DENY** appellant's May 7, 2014 motion to recall and to correct the mandate.

/s/     DAVID L. BRIDGES
        JUSTICE